

Robert M. Jones, Robert M. Cady, Dallas, Tex., for defendants-appellants.

Gerald E. Boltz (S. E. C., Fort Worth, Tex., Walter P. North, Associate Gen. Counsel, Securities & Exchange Comm., Jacob H. Stillman, Asst. Gen. Counsel, S. E. C., Washington, D. C., Robert F. Watson, Asst. Regional Administrator, S. E. C., Fort Worth, Tex., Philip A. Loomis, Jr., Gen. Counsel, Alan Blank, Atty., S. E. C., Washington, D. C., for plaintiff-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

William Duncan, Kemp, Smith, White, Duncan & Hammond, El Paso, Tex., for defendant-appellant.

Ramon Ramos, Jr., El Paso, Tex., for plaintiff-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Homero CERVANTES,**
**Plaintiff-Appellee,**

v.

**Arthur G. SPICKERMAN,**
**Defendant-Appellant.**

**No. 71–1106.**

**Summary Calendar.[\*]**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 1971.

**Ethel LEVY et al., Plaintiffs-Appellants,**

v.

**W. L. NORRED, Director of the Division of Securities for State of Florida, et al., Defendants-Appellees.**

**No. 71–2079**

**Summary Calendar.[\*\*]**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 1971.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

\*\* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.